UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>        Plaintiff,<br><br>v.<br><br>SRKH INVESTMENTS, LLC et al.,<br><br>        Defendants. | Case No. 2:24-cv-00937-SB-RAO<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

    Plaintiff filed his complaint against Defendants SRKH Investments, LLC and 1701 Magnolia, LLC on February 2, 2024.  Dkt. No. 1.  On February 14 and 15, 2024, Plaintiff effectuated service on Defendants.  *See* Dkt. Nos. 11, 13.  Defendants failed to timely respond, and Plaintiff has not sought entry of default against either Defendant.  Plaintiff is ordered to show cause, in writing, no later than March 15, 2024, why his claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before March 15, 2024, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: January 18, 2024

                                                                                     Stanley Blumenfeld, Jr.
                                                                                  United States District Judge